# EXHIBIT "B"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EZEKIAL RODRIGUEZ, on behalf of
himself and those similarly situated,

    Plaintiffs,

vs.                                      CASE NO: 6:08-CV-1869-ORL-22KRS

FUJI SUSHI & TEPPANI, INC., a
Florida Corporation,

    Defendant.         /

## SWORN DECLARATION FOR REASONABLE ATTORNEY'S FEES AND COSTS

**A.    Final Distribution**

1.    My name is CARLOS V. LEACH, and I am the attorney for the Plaintiff in this case.

2.    The Parties have reached a settlement in this case for a total of $8,000.00. Plaintiff Rodriguez will receive a $1,500.00, less applicable tax withholdings representing Actual and Liquidated Damages. Plaintiff Bleeck will receive a $2,500.00, less applicable tax withholdings representing Actual and Liquidated Damages. Plaintiffs' counsel will receive $3,500.00 in legal fees and $500.00 in costs. Plaintiffs' recovery has been resolved separately and aside from the sum allocated to attorney's fees and costs. Plaintiffs' recovery will be the same regardless of the attorney's fees approved. This will be the final distribution. Plaintiffs' recovery **has not and will not be reduced or diminished** by the portion allocated to attorneys' fees and costs and is not the result of any contingency fee. In

other words, Plaintiffs' counsel is not seeking any percentage or portion of Plaintiffs' recovery and attorney's fees in this mater do not diminish Plaintiffs' recovery.

3. Attached are the time records prepared by Morgan & Morgan, P.A. with respect to this case are attached as **Exhibit "B-1."**

4. The time recorded on **Exhibit "B-1"** was all reasonably and necessarily incurred in pursuit of this case.

5. I have been a continuous member of the Florida Bar since 2002 and have practiced law for seven years. I am familiar with the rates charged by attorneys with similar experience in Central Florida. A reasonable hourly fee for a lawyer with similar experience and expertise in this particular case is $**300.00** per hour. The undersigned has previously been awarded fee awards in the Middle District ranging from $250.00 to $300.00 per hour in similar type cases: *See* Case No.: 8:08-CV-00574-JSM-TGW, Doc. 8 (Tampa)(Awarding $300.00 per hour); *See also* Case No.: 8:06-cv-01759-JSM-MAP, Doc. 44 (Tampa)(Awarding $300 per hour) *See also* Case No.: 8:07-cv-00552-EAK-TGW, Doc. 15 (Tampa)(Awarding $300.00 per hour); *See also* Case No.: 8:07-cv-00555-EAK-EAJ, Doc. 12 (Tampa)(Awarding $300.00 per hour); *See also* Case No.: 8:06-cv-01758-JDW-MSS, Doc. 16 (Tampa)(Awarding $300.00 per hour); *See also* Case No.:5:07cv-00123-WTH-GRJ (Ocala), at Doc. 16 (Awarding $250.00 per hour); *See also* Case No.:5:07-cv-00117WTH-GRJ (Ocala), at Doc. 13 (awarding $300.00 per hour); *See also* Case No.:5:07-cv-00369WTH-GRJ (Ocala), at Doc. 11 (awarding $300.00 per hour). *See: Donahou v. INNOVATIVE WIRING SOLUTIONS LLC, et al.,* Case No.: 6:07-CV-1338-ORL-19DAB at Doc. 22 (Orlando)(Awarding $250.00 per hour); Case No.:

6:07-CV-1338-ORL-19DAB at Doc. 22(Awarding $250.00 per hour); *See also Simeone v. Specialty Roofing and Coating Co., et al.*, Case No.: 6:07-cv-00890-GAP-GJK at Doc. 20 (Orlando) (Awarding $250.00 per hour); *See also Da Silva v. BPW Pershing, LLC, et. al*, Case No.: 6:07-cv-00763-Orl-31-DAB (Orlando) at Docs. 13, 14 (Awarding $250.00 per hour).

**B.     Attorney's Fees and Costs**

An additional element of Plaintiff's claims is the recovery of attorney's fees and costs. Specifically, 29 U.S.C. § 216(b) authorizes an award of attorney's fees and costs to the prevailing plaintiffs in any proceedings to enforce the provisions of the FLSA. The Complaint in this case shows that this was a proceeding to enforce the provisions of the FLSA. A prevailing Plaintiff's fee in an FLSA matter is mandatory. *See Weisel v. Singapore Joint Venture, Inc.*, 602 F. 2d. 1185 (5th Cir. 1979). The initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation by a reasonable hourly rate.

The declaration contains a certification that the declarant has fully reviewed the time records that the supporting data, and that the hours claimed are well grounded and in fact justified. Sworn testimony by counsel that the hours were spent litigating this case is evidence of considerable weight of the time required and it must appear that the time is obviously and convincingly excessive to reduce the hours. *See Perkins v. Mobile Housing Authority*, 847 F.2d 738 (11th Cir. 1988). The prevailing party is entitled to attorney's fees for time spent litigating an attorney's fee award. *See Jonas v. Stack*, 758 F.2d 567, 568 (11th Cir. 1985).

### 1. Prevailing Market Rates

Fee awards are to be calculated based on prevailing market rates in the local community for similar services by lawyers of reasonably comparable skill, experience and reputation. *See Blum v. Stenton*, 465 U.S. at 894. Evidence of prevailing rates for comparable services can be adduced either through direct evidence of charges by lawyers under similar circumstances or by opinion evidence. *Norman v. Housing Authority*, 836 F.2d 1292, 1299 (11th Cir. 1988).

Evidence of comparable skill should be defined in terms of length and type of experience, education, professional accomplishments and reputation. *Perkins v. Mobile Housing Authority*, 847 F.2d at 737, n.1. The Court should also analyze the skills of organization, efficiency, knowledge of trial practice, knowledge of substantive law and persuasiveness in determining the skill level of the lawyer seeking an award of attorney's fees. *Norman v. Housing Authority*, 836 F.2d 1292, 1299 (11th Cir. 1988). The market rate is the rate that lawyers of similar ability and experience in the community normally charge their paying clients for the type of work in question. *Uphoff v. Elegant Bath, Ltd.*, 176 F3d 399 (7th Cir. 1999). The burden of proving the market rate is on the party seeking the fee award, but once the prevailing party's attorney provides evidence of establishing his market rate, the opposing party has the burden of demonstrating why a lower rate should be awarded. *Id.*

### a. Recent Fee Awards in FLSA Cases

A survey of recent, similar FLSA cases reveals the following attorney fee rates awarded in the Orlando division for similar cases: *Swisher v. The Finishing Line, Inc.*,

2008 WL 4330318 (M.D.Fla. 2008. ($300 per hour); *Simeone v. Specialty Roofing and Coating Co.*, 2008 WL 2275537 (M.D.Fla. 2008)($250 per hour); *Jimenez v. Elite Associates & Group, Inc.*, 2008 WL 638329 (M.D.Fla. 2008)($250 per hour); *Reyes v. Falling Star Ent ., Inc.*, No. 6:04-cv-1648-Orl-KRS, 2006 WL 2927553, (M.D.Fla. 2006)($250.00 per hour); *Kravits v. Carpet-Mills of America-Fla., Inc.*, Case No. 6:06-cv-1637-Orl-31KRS, doc. nos. 17-18 (M.D.Fla. May 2007)($110.00 per hour); *Maranon v. Appliance Direct, Inc.*, 2008 WL 151891 (M.D.Fla. 2008)($300 per hour); *Nikitina v. Tilak Enterprise of America, Inc.*, 2007 WL 3407404 (M.D.Fla. 2007); *Smith v. Richard's Restoration, Inc.*, Case No. 6:05-cv-1072-Orl-DAB, doc. no. 61 (M.D.Fla. 2007)($300.00 per hour); *Michaud v. U.S. Steakhouse Bar and Grill, Inc.*, 2007 WL 2572197 (M.D.Fla. 2007)($250.00 per hour); *Trujillo v. Superior Hotels, Inc.*, 2007 WL 2114288 (M.D.Fla. 2007)($250.00 per hour); *Armitage v. Dolphin Plumbing & Mechanical, LLC*, 2007 WL 1789110 (M.D.Fla. 2007)($300, $250, $280, $250 awarded respectively to four attorneys); *Allen v. Shayona Enterprises of America, Inc.*, 2007 WL 1626199 (M.D.Fla. 2007)($250 per hour). *Stoudt v. C T Windows, Inc.*, 2009 WL 50203 (M.D.Fla. 2009)($300 per hour); *Hayams v. U.S. Central FL Contractors, Inc.*, 2008 WL 5341178 (M.D.Fla. 2008)($250 per hour); *Tillman v. Marlin eSourcing Solutions, LLC*, 2008 WL 5210717 (M.D.Fla. 2008)(awarding defense counsel $275 per hour); *Rivera v. Hair Club for Men, Ltd., Inc.*, 2008 WL 5401631 (M.D.Fla. 2008)($300 per hour); *Ball v. IFO, Inc.*, 2009 WL 395338 (M.D.Fla. Feb., 2009)($300 per hour).

### b.     Recent Florida Surveys

Two recent surveys shed light on the hourly rates of attorneys in Central Florida.

In the Florida Bar's 2006 Economics and Law Office Management Survey, p. 11, statistics revealed that the average hourly rate for attorneys in Central Florida is between $200-$250 per hour. See Fla. Bar News, Feb. 1, 2005 at p.11. In addition, in 2006- greater than 60% of attorneys billed more than $200 per hour. *Id.* Second, is a December 31, 2007 article appearing in the Daily Business Review titled "Still Expanding." That article reported survey results from "the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates." Three of the reporting firms are headquartered in Florida. Broad and Cassel of Orlando reported an average fee of $361 per hour for partners and $232 for associates. Carlton Fields, of Tampa, reported an average fee of $406 for partners and $243 for associates. Finally, Gray Robinson, of Orlando, reported an average fee of $319 for partners and $198 for associates.

The undersigned seeks an hourly rate for prosecution of this FLSA claim of $300.00 per hour. Mr. Leach has been a member of the Florida Bar since January 2002 and the Bar of this Court since November 3, 2004. Since 2004, Mr. Leach has solely devoted his practice to representing Plaintiffs. Since then, Mr. Leach has represented over one thousand (1000) clients with FLSA claims. This case involved novel legal issues in the FLSA context such as calculation of overtime damages involving tip credits, tip credits versus minimum wage obligation, an employer's obligations to claim tip credits, and deductions for meal credits. As such, a higher hourly rate is justified.

Risma Saragih (denoted on the time sheet as "RDS") is a paralegal with Morgan & Morgan and also performed work on this matter. Ms. Saragih has been a paralegal for over 5 years. A reasonable hourly rate for a paralegal with similar experience and

expertise is $95.00 per hour.

Christy Effron (denoted on the time sheet as "CWE") is a paralegal with Morgan & Morgan and also performed work on this matter. Mrs. Effron has been a paralegal for over 4 years. A reasonable hourly rate for a paralegal with similar experience and expertise is $95.00 per hour.

Morgan & Morgan has expended **10.2** hours of attorney time and **7.5** hours of paralegal time in the prosecution of this matter. The number of hours worked were reasonable in the prosecution of this matter. The total amount of legal fees incurred are as follows:

```
CVL    10.2 * $300/hour     $3060.00
RDS    1.4  * $95/hour      $133.00
CWE    6.1  * $95/hour      $579.50
TOTAL                       $3772.50
```

In addition to attorney time involved in this case, expenses in the amount of $482.35 were incurred. *See* **Exhibit "B-2"**. In addition, Plaintiffs' counsel expects that it will spend an additional $25-$50 in administrive costs. Also, Plaintiffs does not represent that all costs are taxable. Rather, Plaintiffs have negotiated payment of all costs from the Defendant as part of the settlement agreement.

This Declaration is offered in support of Plaintiffs' award of attorney's fees and costs in this case.

By 

STATE OF FLORIDA

COUNTY OF ORANGE

BEFORE ME, the undersigned authority, on this day, personally appeared Carlos Leach, who being first duly sworn, deposes and says that he has read the foregoing Declaration, knows the contents of same, and to the best of his knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this 23rd day of March, 2009.

NOTARY PUBLIC

Notary Stamp

RISMA D. SARAGIH
MY COMMISSION # DD 680997
EXPIRES: June 3, 2011
Bonded Thru Notary Public Underwriters

Signature of Person Taking Acknowledgment
Print Name:
Title: Notary Public
Serial No. (If any):
Commission Expires:

# EXHIBIT "B-1"

# Time Sheet

03/23/2009

Rodriguez, Ezekial vs. Fuji Sushi
Date Range: All
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 09/16/2008 | CVL | .20 | CWE | CWE | $19.00 |
| | | | Telephone conference with cl re: additional paperwork, employees | | |
| 10/07/2008 | CVL | .10 | RDS | RDS | $9.50 |
| | | | Voice Mail left for client re: need to set telephone conference | | |
| 10/07/2008 | CVL | .10 | RDS | RDS | $9.50 |
| | | | Telephone conversation with client re: setting telephone conference with Attorney | | |
| 10/10/2008 | CVL | .40 | CVL | CVL | $120.00 |
| | | | Preparation of Complaint | | |
| 10/10/2008 | CVL | .40 | CVL | CVL | $120.00 |
| | | | Review Client's documents, retainer, check stubs, detailed letter explaining OT violations, etc. | | |
| 10/10/2008 | CVL | .80 | CVL | CVL | $240.00 |
| | | | Telephone conversation with client re: initial consulation w/ Client Rodriguez | | |
| 10/10/2008 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Preparation of Overtime/Min Wage Damage calculations | | |
| 10/10/2008 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Research Sunbiz re: Identify Proper Corp Entity info | | |
| 10/10/2008 | CVL | .70 | CVL | CVL | $210.00 |
| | | | Research re: proper overtime calculations w/ tipped employees, tipped pools, maximum tipped credit; rules regarding ER's duty to notify employee of tipped credit | | |
| 10/22/2008 | CVL | .10 | RDS | RDS | $9.50 |
| | | | Telephone conversation with client re: potential opt in Lauren | | |
| 10/24/2008 | CVL | .10 | CWE | CWE | $9.50 |
| | | | Email left for Dept of Labor investigator to call potential Opt-In | | |
| 10/24/2008 | CVL | .30 | CWE | CWE | $28.50 |
| | | | Telephone conference with client re: potential opt-in Plaintiffs | | |
| 10/27/2008 | CVL | .10 | CWE | CWE | $9.50 |
| | | | Email received from Dept of Labor Investigator re: potential Opt-In | | |
| 11/01/2008 | CVL | .50 | CWE | CWE | $47.50 |
| | | | Preparation of Plaintiff (Rodriguez) Response to Court's Interrogatories | | |
| 11/01/2008 | CVL | .10 | CWE | CWE | $9.50 |
| | | | Preparation of Civil Cover Sheet | | |
| 11/01/2008 | CVL | .30 | CWE | CWE | $28.50 |
| | | | Paralegal Introduction Letter to Client (Rodriguez) | | |
| 11/01/2008 | CVL | .30 | CWE | CWE | $28.50 |
| | | | Preparation of Summons | | |
| 11/01/2008 | CVL | .20 | CWE | CWE | $19.00 |
| | | | Prepare and file Notice of Filing Notice of Consent to Join | | |
| 11/01/2008 | CVL | .30 | CWE | CWE | $28.50 |
| | | | Notice of Pendency | | |
| 11/01/2008 | CVL | .30 | CWE | CWE | $28.50 |
| | | | Certificate of Interested Person and Corporate Disclosure | | |
| 11/01/2008 | CVL | .30 | CWE | CWE | $28.50 |
| | | | Ltr to cl enclosing original pay stubs | | |

Page 1

# Time Sheet

Rodriguez, Ezekial vs. Fuji Sushi
Date Range: All
Status: Pending/Released/Transfered/Exception

03/23/2009

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 11/06/2008 | CVL | .10 | CWE | CWE | $9.50 |
| | | | Review of Electronic Notice of Filing and Receipt for Complaint and Summons Issued | | |
| 11/10/2008 | CVL | .10 | CWE | CWE | $9.50 |
| | | | Review of Related Case and Interested Persons Order | | |
| 11/12/2008 | CVL | .20 | CWE | CWE | $19.00 |
| | | | Telephone conference with potential Opt-In (Diego) re: going to Iraq | | |
| 12/01/2008 | CVL | .10 | CVL | CVL | $30.00 |
| | | | Review File re: status of service | | |
| 12/03/2008 | CVL | .10 | CWE | CWE | $9.50 |
| | | | Email received from server re: Defendants have been served | | |
| 12/05/2008 | CVL | .10 | CVL | CWE | $9.50 |
| | | | Review Affidavit of Service | | |
| 12/08/2008 | CVL | .50 | CVL | CVL | $150.00 |
| | | | Telephone conversation with client Bleeck re: discuss potential OT claim | | |
| 12/08/2008 | CVL | .10 | CVL | CVL | $30.00 |
| | | | Preparation of OT damage calculations | | |
| 12/08/2008 | CVL | .20 | CWE | CWE | $19.00 |
| | | | Review of sign up package from Opt-In Bleeck | | |
| 12/08/2008 | CVL | .10 | CWE | CWE | $9.50 |
| | | | Telephone conference with client Rodriguez re: status update | | |
| 12/22/2008 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Review Answer by Defendant | | |
| 12/26/2008 | CVL | .40 | CVL | CVL | $120.00 |
| | | | Preparation of Motion to Strike Pro Se Pleading | | |
| 12/29/2008 | CVL | .10 | CVL | CVL | $30.00 |
| | | | Review Order re: Motion to Strike | | |
| 12/29/2008 | CVL | .20 | CWE | CWE | $19.00 |
| | | | Telephone conference with client re: status of answer | | |
| 12/30/2008 | CVL | .30 | CWE | CWE | $28.50 |
| | | | Paralegal Intro Letter to Client (Bleeck) | | |
| 12/30/2008 | CVL | .30 | CWE | CWE | $28.50 |
| | | | Preparation of Opt In Plaintiff-Bleeck- Resp to CI | | |
| 12/30/2008 | CVL | .20 | CWE | CWE | $19.00 |
| | | | Preparation of Notice of Filing Notice of Additional Consent to Join (Bleeck) | | |
| 12/31/2008 | CVL | .10 | CWE | CWE | $9.50 |
| | | | Review of Order Referring Case to Magistrate | | |
| 01/15/2009 | CVL | .30 | CVL | CVL | $90.00 |
| | | | Telephone conversation with opposing counsel re: discussion of OT issues | | |
| 01/15/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Preparation of Demand to O/C | | |
| 01/15/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Review Defendant's Answer and Affirmative Defenses | | |
| 01/15/2009 | CVL | .10 | CWE | CWE | $9.50 |
| | | | Review of Notice of Appearance of Defense Counsel | | |

Page 2

# Time Sheet

03/23/2009

Rodriguez, Ezekial vs. Fuji Sushi
Date Range: All
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 01/15/2009 | CVL | .10 | CVL | CVL | $30.00 |
| | | | Review Notice of Appearance | | |
| 01/15/2009 | CVL | 1.00 | CVL | CVL | $300.00 |
| | | | Preparation of Motiion to Strike Defendant's Aff Defenses that do not apply to FLSA | | |
| 01/15/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Telephone conversation with opposing counsel re: settlement | | |
| 01/15/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Email to o/c re: setttement/motion to strike affirmative defenses that do not apply to FLSA claims | | |
| 01/20/2009 | CVL | .10 | CVL | CVL | $30.00 |
| | | | Review FLSA Scheduling Order | | |
| 01/20/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Email to o/c re: settlement demand/ calculations | | |
| 01/23/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Conversation with opposing counsel re: time cards/settlement | | |
| 01/23/2009 | CVL | .20 | CWE | CWE | $19.00 |
| | | | Telephone conference with cl re: status & Bleeck needs to sign CI | | |
| 01/26/2009 | CVL | .20 | CWE | CWE | $19.00 |
| | | | Telephone conference with Bleeck re: Notarized Resp to CI in the mail | | |
| 01/27/2009 | CVL | .10 | CVL | CVL | $30.00 |
| | | | Email to o/c re: settlement counter | | |
| 01/27/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Telephone conversation with client Rodriguez re: settlement offer | | |
| 01/27/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Telephone conversation with client Bleeck re: settlement offer | | |
| 02/04/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Telephone conversation with client Bleeck re: settlement offer | | |
| 02/04/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Telephone conversation with client Rodriguez re: settlement offer | | |
| 02/04/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Telephone conversation with opposing counsel re: settlement | | |
| 02/09/2009 | CVL | .10 | RDS | RDS | $9.50 |
| | | | Voice Mail Received from opposing counsel re: needs to speak with Attorney | | |
| 02/09/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Conversation with opposing counsel re: settlement | | |
| 02/09/2009 | CVL | .10 | CVL | CVL | $30.00 |
| | | | Email from o/c re: settlement allocation | | |
| 02/09/2009 | CVL | .20 | CWE | CWE | $19.00 |
| | | | Preparation of Notice of Filing Resp to CI | | |
| 02/10/2009 | CVL | .10 | RDS | RDS | $9.50 |
| | | | Voice Mail Received from client re: returning attorney's call | | |
| 02/10/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Telephone conversation with opposing counsel re: payment plan for settlement | | |
| 02/10/2009 | CVL | .10 | CVL | CVL | $30.00 |
| | | | Telephone conversation with client Rodriguez re: payment plan for settlement | | |

# Time Sheet

03/23/2009

Rodriguez, Ezekial vs. Fuji Sushi
Date Range: All
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 02/10/2009 | CVL | .10 | CVL | CVL | $30.00 |
| | | | Telephone conversation with client Bleeck re: payment plan for settlement | | |
| 02/23/2009 | CVL | .10 | RDS | RDS | $9.50 |
| | | | Telephone conversation with opposing counsel re: following up settlement offer | | |
| 02/23/2009 | CVL | .10 | CVL | CVL | $30.00 |
| | | | Email from o/c re: settlement payments | | |
| 02/24/2009 | CVL | .40 | CVL | CVL | $120.00 |
| | | | Review Defendant's Verified Summary and accompaning documents | | |
| 03/09/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Telephone conversation with opposing counsel re: settlement | | |
| 03/09/2009 | CVL | .40 | CVL | CVL | $120.00 |
| | | | Preparation of Settlement Agreement | | |
| 03/10/2009 | CVL | .20 | CWE | CWE | $19.00 |
| | | | Telephone conference with client re: has not received W-2 from Defendant | | |
| 03/10/2009 | CVL | .10 | CWE | CWE | $9.50 |
| | | | Telephone conference with OC re: OC will have his client send W-2 to our office | | |
| 03/10/2009 | CVL | .10 | CWE | CWE | $9.50 |
| | | | Email left for OC re: Rodriguez has not received W-2 from Defendant | | |
| 03/10/2009 | CVL | .20 | CVL | CVL | $60.00 |
| | | | Conversation with opposing counsel re: changes to settlement agreement | | |
| 03/10/2009 | CVL | .10 | CVL | CVL | $30.00 |
| | | | Preparation of Revisions to settlement agreement | | |
| 03/11/2009 | CVL | .10 | CVL | CVL | $30.00 |
| | | | Email from o/c re: tax forms | | |
| 03/12/2009 | CVL | .40 | RDS | RDS | $38.00 |
| | | | Prepare and file Notice of Settlement | | |
| 03/13/2009 | CVL | .10 | CVL | CVL | $30.00 |
| | | | Email from o/c re: settlement agreements | | |
| 03/13/2009 | CVL | .10 | RDS | RDS | $9.50 |
| | | | Telephone conversation with client re: settlement agreement | | |
| 03/13/2009 | CVL | .10 | RDS | RDS | $9.50 |
| | | | Voice Mail left for opt in re: settlement agreement | | |
| 03/13/2009 | CVL | .10 | RDS | RDS | $9.50 |
| | | | Email left for opt in re: settlement agreement | | |
| 03/19/2009 | CVL | .10 | RDS | RDS | $9.50 |
| | | | Letter to client to sign release and return | | |

Total hours:   17.70                                                          Total Amount:   $3,772.50

# EXHIBIT "B-2"

| 3/23/2009 1:26 pm | | ** MATTER COST LEDGER **<br>Rodriguez, Ezekial vs. Fuji Sushi<br>170825 | 1 |

| Date | Description | Amount |
|---|---|---|
| **COPIES** | | |
| 10/17/2008 | Photocopy charges | 3.75 |
| 11/03/2008 | Photocopy charges | 0.50 |
| 11/05/2008 | Photocopy charges | 9.00 |
| 11/20/2008 | Photocopy charges | 6.00 |
| 01/05/2009 | Photocopy charges | 1.00 |
| | **SubTotal COPIES:** | **$20.25** |
| **FIL_01** | | |
| 10/31/2008 | Check # 265610  U.S. District Court, Clerk; Disbursement for Filing Fees/Rodriguez/170825/10-28-08  Christy E | 350.00 |
| | **SubTotal FIL_01:** | **$350.00** |
| **POSTAGE** | | |
| 11/04/2008 | Postage Charges | 1.52 |
| 11/11/2008 | Postage Charges | 0.59 |
| | **SubTotal POSTAGE:** | **$2.11** |
| **PSVC_01** | | |
| 12/29/2008 | Check # 273166  Attorneys Legal Service, Inc.; Disbursement for Process Service/Rodriguez/170825/2008015559 | 55.00 |
| | **SubTotal PSVC_01:** | **$55.00** |
| **TRAVEL** | | |
| 07/17/2008 | Check # 252452  Tony Iannaccone; Disbursement for Travel Expenses  07/17/08  FV | 54.99 |
| | **SubTotal TRAVEL:** | **$54.99** |
| | Disbursements: | 482.35 |
| | Credits: | 0.00 |
| | **Total Costs Incurred:** | **$482.35** |

**RECEIPTS**

Receipt #:         Bill #:

**Payments:**

**Write-Offs:**

**Total Receipts:**

**Net Balance Due:**